# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-po-00268-SAB |
| --- | --- |
| Plaintiff, | 1:19-mj-00207-SAB |
| v. | ORDER STRIKING CRIMINAL INFORMATION IN THIS ACTION AND DIRECTING CLERK OF THE COURT TO CLOSE THIS MATTER |
| MARY D. MEGALLI, | |
| Defendant. | |

On August 31, 2019, Mary D. Megalli ("Defendant") was issued a citation for failure to wear a seat belt while in Sequoia National Park in violation of 36 C.F.R. § 415. (ECF No. 1.) The citation was filed on November 16, 2019 in the instant case. On November 15, 2019, an information was filed charging Defendant with operating a motor vehicle while under the influence of alcohol in violation of 36 C.F.R. § 4.23(a)(1). (ECF No. 3.)

On November 1, 2019, the Government filed a complaint in a separate action against Defendant charging her with violations of 36 C.F.R § 4.15, failure to wear a seatbelt; 36 C.F.R. § 4.23(a)(1), operating a motor vehicle while under the influence; 36 C.F.R. § 4.2(b) and Cal. Veh. Code § 16020(a), failure to provide proof of financial responsibility; 36 C.F.R. § 4.2(b) and Cal. Veh. Code § 12951(a), no valid driver's license in possession; and 36 C.F.R. § 4.2(b) and Cal. Veh. Code § 5200, failure to display license plates. United States v. Mary D. Megalli, 1:19-mj-00207-SAB (E.D. Cal.). The filing of the criminal complaint merged the instant case into the MJ

case. However, for an unknown reason, on November 15, 2019, the government filed an Information for a violation of 36 C.F.R. § 4.23(a)(1) in this action.

Defendant made an initial appearance on November 21, 2019. During the November 21, 2019 hearing, the Court noted the discrepancy to the Government after which the government admitted that the information was filed in error and moved to dismiss the information filed on November 15, 2019. The Court granted that request. Upon consideration of the request to dismiss the information, the Court finds that it is appropriate to strike the information as it was filed in error. Striking the information that was filed clarifies the record so it is clear that there is a single case that was proceeding against the defendant to which a plea has been entered.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The criminal information filed on November 15, 2019 is STRICKEN FROM THE RECORD; and

2. The Clerk of the Court is DIRECTED to CLOSE this action.

IT IS SO ORDERED.

Dated: **November 22, 2019**

UNITED STATES MAGISTRATE JUDGE